**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **12-00903-dd**

### ORDER ON OBJECTION TO CLAIMS

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

**FILED BY THE COURT**
**11/26/2013**



Entered: 11/26/2013

David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| IN RE:<br><br>RONALD HUGGINS<br>NANCY HUGGINS<br><br><br><br>**Debtors.** | CASE NO: 12-00903-DD<br>CHAPTER: 7 |
|---|---|

**ORDER ON OBJECTION TO CLAIMS**

This proceeding comes before the Court on the Objection of Michelle L. Vieira, Trustee to certain claims filed in this case. The Court having found that the Objection to Claims is well-founded and should be granted. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Trustee's Objections are hereby sustained. The disposition of each claim is outlined below:

| CLAIMANT | CLAIM # | DATE FILED | AMOUNT | REASON SUSTAINED |
|---|---|---|---|---|
| Internal Revenue Service<br>Insolvency Group 6<br>MDP 39,1835 Assembly Street<br>Columbia, SC  29201 | 1U | 04/27/12 | $1,213.00 | Penalty portion of claim. Allowed as Subordinated penalties. |
| First Citizens<br>c/o Bankruptcy Coordinator<br>PO Box 29<br>Columbia, SC  29202 | 3 | 05/09/12 | $8,453.26 | Claim is filed as secured. However, collateral was not administered.  Thus, claim will be allowed as secured but will not receive a distribution. |
| Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ  85712 | 6 | 10/16/12 | $468.13 | Claim was filed beyond the claims bar date and will be allowed as Tardily Filed Unsecured |

THE APPLICANT:
  /s/ Michelle L. Vieira
Michelle L. Vieira, Trustee
District Court ID #9876
P O Box 70309
Myrtle Beach, SC  29572
Phone (843) 497-9800   Fax (877) 684-1614
michellelvieira@msn.com